## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Daniel PAREDES**<br>DOB: 1977; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-04477MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)                           C

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 11, 2021 in the District of Arizona, Daniel PAREDES knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: approximately 9,856 rounds of 7.62x39mm caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 11, 2021, at approximately 0130 hours, Customs and Border Protection Officers (CBPOs) conducted an outbound inspection of Daniel PAREDES when PAREDES had gone outbound from the United States of America into the Republic of Mexico at the DeConcini Port of Entry (POE). PAREDES was the driver and sole occupant of a White Chevrolet Impala (AZ 62A6BLA). The CBPOs observed PAREDES fidgeting in his seat and mumbling. He told the CBPOs that he was going from Tucson to Nogales, Sonora, Mexico. PAREDES was asked several times if he had anything to declare, including ammunition, in the vehicle for which he said no. When the CBPOs inspected the vehicle and opened the trunk, ammunition boxes were readily apparent. Approximately 9,856 rounds of 7.62x39mm caliber ammunition were seized from the trunk.

The ammunition PAREDES was attempting to transport into Mexico are classified as United States Commerce Control List items, which are prohibited for exportation into the Republic of Mexico without an export license. PAREDES did not have a license or other lawful authority to export the items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY:  AUSA Adam Rossi | SIGNATURE OF COMPLAINANT<br>**DONNY S FIELDS** Digitally signed by DONNY S FIELDS Date: 2021.06.11 12:31:44 -07'00' |
|---|---|
| **ADAM ROSSI** Digitally signed by ADAM ROSSI Date: 2021.06.11 12:24:53 -07'00' | OFFICIAL TITLE<br>HSI Special Agent Donny Fields |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>June 11, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54